Steven BROWN (Doing Business as Looking Glass Photography), Plaintiff–Appellee,

v.

SUBURBAN LIFE PUBLISHING, LLC (Doing Business As Suburban Life Publishing Group), Defendant–Appellant.

No. 2012–1239.

United States Court of Appeals, Federal Circuit.

May 1, 2012.

Andrew D. Cotlar, Law Office of Steven A. Cotlar, Doylestown, PA, for Plaintiff–Appellee.

Michael J. Brooks, Law Offices of Michael J. Brooks, Doylestown, PA, for Defendant–Appellant.

**ORDER**

Andrew Cotlar moves to permit his entry of appearance nunc pro tunc solely for the purpose of filing a motion to quash and/or dismiss the current appeal for lack of jurisdiction.

Upon consideration thereof,

It Is Ordered That:

The motion is denied as moot.